McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721

FILED
AUG - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JOSE RAMIREZ ESQUIVEL<br>a/k/a "El Jueves" | CASE NO.<br><br>1: 06 CV 0 1 0 3 4 OWW SMS<br><br>**SEALED** |

ORDER

Upon application of Marianne A. Pansa, Assistant United States Attorney for the Eastern District of California, Fresno, appearing on behalf of the Government of Mexico;

It is hereby ordered that the complaint and all other documents in this matter be sealed until further order of the court.

Dated this 8th day of August, 2006.

/s/ Sandra M. Snyder
Sandra M. Snyder
United States Magistrate Judge

U.S.A. v. Esquivel                                                                                         Doc. 2