

FILED

DEC 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant United States Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE         )
EXTRADITION OF               )    CASE NO: 1:06 CV 0143 OWW SMS
                             )
JOSE RAMIREZ ESQUIVEL        )
   a/k/a "El Jueves"         )
                             )
_____)

### AFFIDAVIT OF WAIVER

I, Jose Ramirez Esquivel, having been fully informed by my attorney of my rights under the extradition treaty in force between the United States and Mexico, and pursuant to Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

My counsel has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Mexico. I concede that I am the individual against whom charges are pending in Mexico and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to be returned to Mexico unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

1

I have reviewed the complaint which sets forth the specific crimes for which my extradition is sought, and I fully understand my right to a hearing at which my counsel and I could challenge the sufficiency of the evidence presented by the Government of Mexico in support of its extradition request, offer certain types of evidence on my behalf, and thereafter seek review by higher courts of any decision finding me extraditable.

Nevertheless, I execute this formal waiver of my rights without any promise or threats being made or any other form of inducement or intimidation being exercised on the part of any representatives, officials, or officers of the United States or of Mexico, or of any person whomsoever; I execute this waiver of rights, therefore, knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 22nd date of December 2006

*JOSE RAMIREZ*
JOSE RAMIREZ ESQUIVEL

ROBERT RAINWATER, ESQ.
Attorney for Jose Ramirez Esquivel

12-22-06

United States District Court Judge