

JAN 0 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant United States Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE            )
EXTRADITION OF                  )   CASE NO: 1:06 CV 01034 OWW SMS
                                )
JOSE RAMIREZ ESQUIVEL           )
  a/k/a "El Jueves"             )
                                )
_____ )

### ORDER

The Court having reviewed the Complaint filed on August 8, 2006, by Marianne A. Pansa, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of Jose Ramirez Esquivel, and an affidavit of waiver executed by Jose Ramirez Esquivel and witnessed by his attorney, Robert Rainwater;

And, further the Court having been advised in open session that Jose Ramirez Esquivel is a fugitive from the justice of the Government of Mexico; that Jose Ramirez Esquivel is aware that the Government of Mexico has filed charges against him and has issued a warrant for his arrest; that Jose Ramirez Esquivel has reviewed the Complaint filed by the United States Attorney for this judicial district; that Jose Ramirez Esquivel has been fully advised of his rights in this country pursuant to the extradition treaty in force between the United States and Mexico, and Title 18, United States Code, § 3184 et seq.;

1  IT IS THEREFORE ORDERED that the United States Marshals shall deliver to the duly authorized representatives of the Government of Mexico the person of Jose Ramirez Esquivel for the purpose of transporting Jose Ramirez Esquivel [together with any items of evidence seized incident to his arrest, and sought by the Government of Mexico] from this District to the Territory of Mexico; and

IT IS FURTHER ORDERED that the transfer of physical custody of Jose Ramirez Esquivel together with any evidence seized incident to his arrest shall be at such time and place as mutually agreed upon by the United States Marshals and the duly authorized representatives of Mexico.

The Clerk will forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, 1301 New York Avenue, NW, Suite 800, Washington, D.C. 20530.

SO ORDERED, this **22 d** day of December 2006

_____
United States District Court Judge